IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CV-516-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO CORRECT CAPTION |
| | ) | |
| YASMIN HEATER-WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

Upon Motion of the Plaintiff, United States of America, and for good cause shown, it is ORDERED that the caption for this case be corrected to show the Defendant's correct name, Yasmin Heater-Williamson. The correct caption will be:

UNITED STATES OF AMERICA, Plaintiff v. YASMIN HEATER-WILLIAMSON, Defendant.

SO ORDERED, this 11th day of January, 2011.

David W. Daniel
United States Magistrate Judge